**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Crim. No.  1:16-cr-00065-SM** |
| | ) | |
| **ROBERT BRUNK** | ) | |

<u>**NOTICE OF REQUEST BY THE UNITED STATES TO BIFURCATE THE**</u>
<u>**RESTITUTION INQUIRY PURSUANT TO 18 U.S.C. § 3664(d)(5)**</u>

Sentencing in the above-referenced case is presently scheduled for August 31, 2016.

Restitution requests have been received from several identified victims in this matter.  In order to

afford adequate time to (1) accurately ascertain the victims' losses, and (2) attempt, if possible,

to resolve any restitution issues between the parties without the need for litigation, the United

States, pursuant to 18 U.S.C. § 3664(d)(5), hereby requests that the Court schedule a hearing

approximately 60 days from the date of sentencing for the final determination of any losses and

accompanying restitution in this matter.


Respectfully submitted,

August 22, 2016

EMILY GRAY RICE
United States Attorney

/s/ Georgiana L. Konesky
Assistant U.S. Attorney
Massachusetts Bar # 685375
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
Georgiana.Konesky@usdoj.gov

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of this filing was electronically served upon Richard Guerriero, Esq., counsel for the defendant.

<u>/s/ Georgiana L. Konesky</u>
Georgiana L. Konesky
Assistant U.S. Attorney

August 22, 2016